No. 94–6615.  THOMPSON *v.* KEOHANE, WARDEN, ET AL.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 93–1857.  CARPENTERS DISTRICT COUNCIL OF NEW ORLEANS AND VICINITY ET AL. *v.* DILLARD DEPARTMENT STORES, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 93–7218.  SUESS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 94–596.  HUGHES *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.   Certiorari denied.

No. 94–612.  JACKSON *v.* SCHEIBEL, DIRECTOR, ACTION. C. A. 8th Cir.   Certiorari denied.

No. 94–775.  ESTATE OF MARCOS *v.* HILAO ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 94–796.  DR. JOHN HAGELIN FOR PRESIDENT COMMITTEE OF KANSAS ET AL. *v.* GRAVES, SECRETARY OF STATE OF KANSAS. C. A. 10th Cir.   Certiorari denied.

No. 94–798.  UNITED STATES LINES REORGANIZATION TRUST, SUCCESSOR TO UNITED STATES LINES (S. A.), INC. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 94–811.  WALLSHEIN *v.* CABLESTRAND CORP. ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 94–925.  METROPOLITAN WASHINGTON AIRPORTS AUTHORITY ET AL. *v.* HECHINGER ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 94–952.  PAN AMERICAN WORLD AIRWAYS, INC., ET AL. *v.* PAGNUCCO ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 94–965.  WEISBERG *v.* MINNESOTA.   C. A. 8th Cir.   Certiorari denied.